UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM RONNIE ADAMS, II, an individual, | * |
| PLAINTIFF, | * |
| v. | *   5:23-cv-00723-FL |
| PAGE-BOLING-JESSUP CORPORATION, | * |
| DEFENDANT. | * |

**Joint Stipulation of Dismissal with Prejudice**

Plaintiff, William Ronnie Adams, II, and Defendant PAGE-BOLING-JESSUP CORPORATION, through their undersigned counsel, hereby jointly stipulate to the dismissal of this action, with prejudice, in accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear his, her, or its own costs.

Respectfully submitted,

/s/ David J Martin
David J. Martin, Esq.
Attorney for Plaintiff
N.C. Bar No.: 40309
P.O. Box 135
Winterville, NC 28590
919-348-5152
david@djmartinlawnc.com

/s/ D. Marsh Prause
D. Marsh Prause
Counsel for Defendant
N.C. State Bar No. 20085
Allman Spry Leggett Crumpler & Horn, P.A.
380 Knollwood Street, Suite 700
Winston-Salem, NC 27103
336-722-2300
Email: mprause@allmanspry.com